# EXHIBIT B

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF SPARTANBURG ) <br> ) <br> Terria Holcomb, as Personal ) <br> Representative for the Estate ) <br> Of Darius L.J. Holcomb, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> Spartanburg County, Spartanburg ) <br> County Sheriff's Office, Officer Wesley ) <br> E. Bennett both individually and in his ) <br> Capacity as a deputy of the Spartanburg ) <br> County Sheriff's Office and Chuck ) <br> Wright, in his capacity as the Sheriff of the ) <br> Spartanburg County Sheriff's Office ) <br> ) <br> Defendants ) | IN THE COURT OF COMMON PLEAS <br> SEVENTH JUDICIAL CIRCUIT <br><br><br> **ACCEPTANCE OF SERVICE** <br><br><br> 2024-CP-42-00460 |

The undersigned John H. Harris does hereby accept and acknowledge service of the Summons and Complaint that was received by Email on February 5, 2023, on the parties of all Defendants listed in the Complaint.

*/s/ John H. Harris*
John H. Harris
County Attorney
Spartanburg County
P.O. Box 5666
Spartanburg, South Carolina 29304
Attorney for Spartanburg County Coroner's
Office and Spartanburg County