

ROBIN L. BLUME
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816 FAX (803) 765-5960

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

**250 EAST NORTH STREET,
2ND FLOOR
GREENVILLE, SC 29601
(864) 241-2700
FAX 241-2711**

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

Terria Holcomb
PR for the Estate of Darius L.J. Holcomb

vs.

Spartanburg County
Spartanburg County Sheriff's Office
Officer Wesley E Bennett
Sheriff Chuck Wright

### NOTICE OF REMOVAL

Case Number: 7:24-cv-01145-JDA-KFM

To Marvin Pendarvis:

    THIS IS TO INFORM you that this case was removed to the United States District Court for the District of South Carolina, Spartanburg Division, on March 6, 2024. We do not show that you are admitted to the South Carolina District Court.

    You are required to immediately associate counsel admitted to practice in the United States District Court pursuant to Local Rules 83.I.01-04. The local rules of this District are located on our website at www.scd.uscourts.gov.

    Plaintiff's answers to Local Rule 26.01 interrogatories must be served and filed no later than fourteen (14) days after receiving notification of transfer of this case (3/6/24).

    This case has been placed on the docket for the Honorable Jacquelyn Austin, United States District Judge and referred to Magistrate Judge Kevin F. McDonald.

                                        ROBIN L. BLUME, Clerk

                                        By: s/Pam Brissey
                                              Civil Case Manager
                                              For Judge Kevin F McDoanld
.                                             864-241-2707

March 6, 2024