# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**
**Case Number: 7:24-cv-01145-JDA-KFM**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> COUNTY OF SPARTANBURG ) <br> ) <br> ) <br> Terria Holcomb as Personal Representative ) <br> for the Estate of Darius L.J. Holcomb, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Spartanburg County, Spartanburg County ) <br> Sheriff's Office, Officer Wesley E. Bennett ) <br> both individually and in his capacity as a ) <br> deputy of the Spartanburg County Sheriff's ) <br> Office, and Chuck Wright, in his capacity as ) <br> the Sheriff of the Spartanburg County ) <br> Sheriff's Office, ) <br> ) <br> Defendants. ) | IN THE COURT OF COMMON PLEAS <br><br> Civil Action No.: 2024-CP-42-00460 <br><br><br><br> **ACKNOWLEGEMENT OF FILING OF NOTICE OF REMOVAL** |

Receipt of a copy of the Notice of Removal filed by the Defendants Spartanburg County, Spartanburg County Sheriff's Office and Sheriff Chuck Wright, in the above-entitled action is hereby acknowledged this _____ day of March, 2024.

 

_____
The Honorable Amy W. Cox
Spartanburg County Clerk of Court



Common Pleas

**Case Caption:** Estate Of Darius Holcomb VS Spartanburg County Sheriff'S Office, defendant, et al

**Case Number:** 2024CP4200460

**Type:** Acknowledgement of Filing of Removal

IT IS SO ORDERED

s/Amy W Cox, Spartanburg County Clerk of Court by Maribel M Martinez

Electronically signed on 2024-03-07 09:37:34     page 2 of 2