IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG

| | |
|---|---|
| Terria Holcomb, as Personal Representative of the Estate of Darius L. J. Holcomb, <br><br> Plaintiffs, <br><br> -vs- <br><br> Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett both individually and in his capacity as a deputy of the Spartanburg County Sheriff's Office and Chuck Wright, In his capacity as the Sheriff of the Spartanburg County Sheriff's Office, <br><br> Defendants. | C.A. NO.: 7:24-cv-01145-JDA-KFM <br><br><br><br> **DEFENDANT WESLEY BENNETT'S RULE 26.01 INTERROGATORY RESPONSES** |

The defendant, Wesley E. Bennet, in response to Rule 26.01 Interrogatories, responds as follows:

**A.** **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

None known, upon information and belief.

**B.** **As to each claim, state whether it should be tried jury or nonjury and why.**

The defendant herein requests a jury trial.

**C.** **State whether the party submitting these responses is a publicly owned company and separately identify. (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; and (2) each publicly owned company which owns ten percent or more

**of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

       The defendant herein is not a publicly owned company.

      **D.    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

       The events in question occurred in Spartanburg County and, upon information and belief, many of the parties reside in Spartanburg County, South Carolina.

      **E.    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide. (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]**

       No, upon information and belief.

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the Civil Cover Sheet requires only that parties disclose pending related cases, this interrogatory and this District's assignment procedures require disclosure of any prior or pending related case whether civil or criminal. Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS 44 Civil Cover Sheet.

**F.     [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

      Not applicable.

**G.     [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

      The within defendant contends he is not liable to the plaintiff.

      Respectfully submitted,

      CHAPMAN  HARTER, P.A.

      s/   Russell W. Harter, Jr.
      Russell W. Harter, Jr., Fed. No. 1753
      14 Lavinia Avenue
      Post Office Box 10224
      Greenville, SC 29603
      864/233-4500; 864/232-1710 (fax)
      E-mail: rwhjr@chglawsc.com
      **ATTORNEY FOR DEFENDANT**
      **WESLEY E. BENNETT, BOTH**
      **INDIVIDUALLY AND HIS CAPACITY**
      **AS A DEPUTY OF THE SPARTANBURG**
      **COUNTY SHERIFF'S OFFICE**

March 8, 2024

Greenville, South Carolina