IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG

| | |
|---|---|
| Terria Holcomb, as Personal Representative of the Estate of Darius L. J. Holcomb, | C.A. NO.: 7:24-cv-01145-JDA-KFM |
| Plaintiffs, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett both individually and in his capacity as a deputy of the Spartanburg County Sheriff's Office and Chuck Wright, In his capacity as the Sheriff of the Spartanburg County Sheriff's Office, | |
| Defendants. | |

    I Russell W. Harter, Jr., Attorney for Defendant, Officer Wesley E. Bennett, both individually and in his capacity as a deputy of the Spartanburg County Sheriff's Office, do hereby certify that I have served the below-named individual, counsel for Plaintiff, with a true and accurate copy of the Answer of Officer Wesley E. Bennett and Defendant Wesley Bennett's Answers to Rule 26.01 Interrogatories by depositing a copy of the aforementioned documents in the United States mail, First Class, in an envelope with due and proper postage affixed thereto and addressed as shown below this 11th day of March, 2024.

Marvin R. Pendarvis
8420 Dorchester Road, Suite 202
North Charleston, SC 29420
Phone: (843) 990-9847
marvin@pendarvislawfirm.com

                                                        **CHAPMAN HARTER, P.A.**

                                                        s/ Russell W. Harter, Jr.
                                                        Russell W. Harter, Jr., #1753
                                                        14 Lavinia Street (29601)
                                                        P.O. Box 10224 (29603)
                                                        Greenville, South Carolina
                                                        Phone: 864-233-4500
                                                        Fax: 864-232-1710