IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Terria Holcomb, as Personal Representative for the Estate of Darius L.J. Holcomb,<br><br>          Plaintiff<br><br>v.<br><br>Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett, both individually and in his capacity as the Sheriff of the Spartanburg County Sheriff's Office,<br><br>          Defendants. | CA No.: 7:24-CV-01145-JDA-KFM<br><br>**NOTICE OF APPEARANCE** |

**TO THE HONORABLE COURT:**

      Please note that Vanisa Siler Brown, Esquire, appears on behalf of Plaintiff Terria Holcomb, as Personal Representative for the Estate of Darius L.J. Holbomb, in the above captioned matter.

Respectfully Submitted,

**SILER LAW FIRM, LLC**

_____
VANISA SILER BROWN, ESQUIRE
Fed. Bar No.: 13425
S.C. Bar No.: 104799
700 Nexton Square Dr. Ste. 214
Summerville, SC 29486
Office: (843)887-8877
Mobile: (843) 467-9869
Fax: (843)564-0556
attorney@thesilerfirm.com
***Attorney for the Plaintiff***

`
**Dated this 29th day of March, 2024
in Summerville, South Carolina**