IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Terria Holcomb, as Personal Representative for the Estate of Darius L.J. Holcomb,<br>            Plaintiff<br>v.<br>Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett, both individually and in his capacity as the Sheriff of the Spartanburg County Sheriff's Office,<br>           Defendants. | CA No.: 7:24-CV-01145-JDA-KFM<br><br>**PLAINTIFF ATTORNEY VANISA BROWN'S MOTION TO WITHDRAW AS COUNSEL** |

TO THE HONORABLE COURT, AND ALL ATTORNEYS OF RECORD:

Undersigned counsel Vanisa Siler Brown, Esq., respectfully moves for an Order of this Honorable Court allowing her to withdraw, with the consent of the Terria Holcomb, as Personal Representative for the Estate of Darius LL.J. Holcomb, as counsel for the Plaintiff. This motion is based upon the following:

1. On March 6, 2024 , this matter came before the Court upon application for removal from the Charleston County Court of Common Pleas on

2. On March 29, 2024, Vanisa Siler Brown, hereinafter "Counsel" filed a Notice of Appearance with this Court.

3. On May 3, 2024 Counsel was in receipt of a letter dated April 12, 2024 from Plaintiff via U.S. Certified Mail terminating Counsel's representation of her in the subject matter, within such Plaintiff demanded Counsel "not [to] take any further actions in this case". **[Exhibit 1]**

4. On May 6, 2024, Plaintiff filed a Motion to Dismiss the matter.

For the reasons stated above, Counsel prays for an Order from this Court granting her Motion to Withdraw as Counsel.

Respectfully Submitted,

**SILER LAW FIRM, LLC**

_____
VANISA SILER BROWN, ESQUIRE
Fed. Bar No.: 13425
700 Nexton Square Dr. Ste. 214
Summerville, SC 29486
Office: (843)887-8877
Mobile: (843) 467-9869
Fax: (843)564-0556
attorney@thesilerfirm.com
*Attorney for the Plaintiff*

**Dated this 10th day of May, 2024
in Summerville, South Carolina**