**Exhibit 1: Plaintiff Attorney Vanisa Brown's Motion to Withdraw**
*Holcomb v. Spartanburg County, et a. -* CA No.: 7:24-CV-01145-JDA-KFM

# EXHIBIT 1

Ms. Terria Holcomb
191 South Carolina Ave
Spartanburg, SC 29306

April 12, 2024

Vanisa Siler Brown
The Siler Law Firm
700 Nexton Square Drive
Suite 214
Summerville, SC. 29486

   Re: Termination of Representation: Holcomb v. Spartanburg County, et al, Case No.: 7:24-cv-01145 (JDA), State Court Holcomb v. Spartanburg County, et al, Docket No.: 2024CP4200460 and Probate Matter, In the Matter of Darius Holcomb, File No.: 2023ES4200943.

Dear Attorney Brown:

  It has come to my attention that you have been assigned to my case on behalf of myself and the estate of my son Darius Holcomb. The circumstances under which this representation has taken place was unknown to me until two days ago. I appreciate your stepping into the case however, I must demand that you do not take any further actions in this case, as I intend to obtain counsel of my own. Therefore, your services will no longer be needed.

  Please send all documents and correspondences relating the above referenced case to my address immediately.

  Thank you for your time and immediate attention in this matter.

Sincerely yours,


Terria Holcomb
Plaintiff and Administrator of the Estate of Darius Holcomb

*[signature]*