IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Terria Holcomb, Personal Representative for the Estate of Darius L.J. Holcomb,<br><br>      Plaintiff,<br><br>vs.<br><br>Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett, and Sheriff Chuck Wright,<br><br>      Defendants. | Civil Action No. 7:24-cv-1145-JDA-KFM<br><br>**O R D E R** |

The court is in receipt of an email from the *pro se* plaintiff, which was sent to the chambers of the Honorable Jacquelyn D. Austin, United States District Judge, containing a motion to withdraw the plaintiff's motion for voluntary dismissal (doc. 21). The plaintiff's motion to withdraw is attached to this order.

Such a communication by the plaintiff is highly improper. As set forth in this District's *Pro Se Guide*, which is available on the court's website at www.scd.uscourts.gov[1]:

> At no time should any communication about or filing in your case be sent directly to a judge. If you want to ask the court to do something, you must file a motion. All pleadings and motions should be filed with the Clerk of Court and served in accordance with FRCP 5.

D.S.C. *Pro Se Guide*, p. 14. Accordingly, the *pro se* plaintiff is directed that any further communication with the court must be made as set forth below:

---

[1] The undersigned specifically referred the plaintiff to this guide by order filed May 13, 2024 (doc. 25).

The plaintiff must place the civil action number listed above (C/A No. 7:24-cv-1145-JDA-KFM) on any document provided to the court pursuant to this order. **Any future filings in this case must be sent to the address below: (250 East North Street, Room 2300, Greenville, South Carolina 29601).** All documents requiring the plaintiff's signature shall be signed with the plaintiff's full legal name written in the plaintiff's own handwriting. *Pro se* litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, the plaintiff is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. The plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Accordingly, in this one instance, the Clerk of Court is directed to file the motion to withdraw emailed by the *pro se* plaintiff. However, in the future, the plaintiff must comply with the instructions in this order. The plaintiff is cautioned that violations of this order may result in sanctions.

IT IS SO ORDERED.

s/Kevin F. McDonald
United States Magistrate Judge

May 20, 2024
Greenville, South Carolina