UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

TERRIA HOLCOMB, as Personal Representative for the Estate of Darius Holcomb
*Plaintiff*
v.

SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY BENNETT, ET AL.
*Defendants*

CASE 7:24CV-01145-JDA-KFM

## WITHDRAWAL OF MOTION FOR VOLUNTARY DISMISSAL

Terria Holcomb, as personal representative for the Estate of Darius Holcomb, withdraws her motion for voluntary dismissal of this case.

1. Plaintiff's motion for voluntary dismissal without prejudice was filed on May 6, 2024.

2. The motion was filed because Plaintiff terminated her attorney, Marvin Pendarvis, and required additional time to retain a new attorney.

3. Plaintiff is in the process of retaining a new attorney to represent her in this case and wishes to proceed with it rather than dismiss it at this time.

TERRIA HOLCOMB

Terria Holcomb, Pro Se
191 South Carolina Avenue
Spartanburg, SC
Tel: (864) 621-1797
Email: terriaholcomb@gmail.com