# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Terria Holcomb, as P.R. for Estate of Darius Holcomb )
*Plaintiff* )
v. ) Case No. 7:24-cv-1145-JDA-KFM
Spartanburg County et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Terria Holcomb, as Personal Representative of the Estate of Darius L.J. Holcomb .

Date: 05/28/2024

/s/ Colin V. Ram
*Attorney's signature*

Colin V. Ram, Fed ID 12958
*Printed name and bar number*

Colin Ram Law, LLC
941 Houston Northcutt Blvd., Suite 203
Mount Pleasant, SC 29464
*Address*

colin@sctrial.com
*E-mail address*

(843) 278-7000
*Telephone number*

*FAX number*