UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TERRIA HOLCOMB, as Personal Representative of the ESTATE OF DARIUS L.J. HOLCOMB, <br><br> Plaintiff, <br><br> v. <br><br> SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT both individually and as a deputy of the SPARTANBURG COUNTY SHERIFF'S OFFICE, and CHUCK WRIGHT, in his capacity as the Sheriff of the SPARTANBURG COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | Civil Action No.: 7:24-cv-1145-JDA-KFM <br><br><br> **PLAINTIFF'S RULE 26.01 ANSWERS TO INTERROGATORIES** |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Plaintiff answers as follows:

    A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

    **ANSWER: None known to Plaintiff at this time.**

    B. As to each claim, state whether it should be tried by jury or nonjury and why.

    **ANSWER: Plaintiff asserts that each claim alleged should be tried by a jury.**

    C. State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

    **ANSWER: Plaintiff is an individual representing a decedent's estate and is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: Venue is proper in this division under Local Civil Rule 3.01(A)(1) as a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred within Spartanburg County, South Carolina.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: This matter is not related to any other matter filed in this District.**

Respectfully submitted,

          **COLIN RAM LAW, LLC**

          */s/ Colin V. Ram*
          Colin V. Ram (Fed. Bar No.: 12958)
          941 Houston Northcutt Blvd., Suite 203
          Mount Pleasant, SC 29464
          colin@sctrial.com
          (843) 278-7000

          Attorney for the Plaintiff

May 28, 2024
Mount Pleasant, South Carolina