## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION
### Case Number: 7:24-cv-01145-JDA-KFM

| | |
|---|---|
| Terria Holcomb, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett and Sheriff Chuck Wright, | ) ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

The Defendants, through their undersigned counsel, with the consent of Plaintiff's Counsel, hereby move to amend the Scheduling Order to extend the Court's previously ordered deadlines. Discovery in this case remains ongoing and Counsel have spoken and agreed on the dates as set forth in the Proposed Amended Scheduling Order submitted herewith.

Respectfully submitted,
This 12th day of July, 2024

S/ *Colin V. Ram*
Colin V. Ram (Federal Bar No. 12958)
Colin Ram Law, LLC
941 Houston Northcutt Blvd.
Mount Pleasant, South Carolina 29464
(843) 278-7000 (telephone)
Email: Colin@sctrial.com
***Attorney for the Plaintiff***


S/ *Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. ID 05849)
Willson Jones Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, South Carolina 29607
(864) 672-3711(telephone)
Email: cfturner@wjlaw.net
***Attorney for Defendants Spartanburg County,***
***Spartanburg County Sheriff's Office,***
***and Sheriff Chuck Wright***


S/ *Russell W. Harter, Jr.,*
Russell W. Harter, Jr. (Fed. ID 1753)
Chapman, Harter, P.A.
14 Lavinia Ave (29601
PO Box 10224
Greenville, SC 29603
(864) 233-4500 (telephone)
Email: rwhjr@chhlaw.net
***Attorney Wesley E. Bennett***