IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Terria Holcomb, | ) | C/A No. 7:24-cv-01145-JDA-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **RULE 26(f) REPORT** |
| | ) | |
| Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E Bennett, and Sheriff Chuck Wright, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The parties, having consulted pursuant to Fed. R. Civ. P. 26(f), hereby report as follows (check one below):

_____ We agree that the schedule set forth in the Conference and Scheduling Order filed **June 07, 2024** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

\_\_\_X\_\_\_\_\_ We agree that the schedule set forth in the Conference and Scheduling Order filed **June 07, 2024** requires modification as set forth in the proposed Consent Amended Scheduling Order, which will be emailed to chambers as required (use format of the court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

S/ *Colin V. Ram*
Colin V. Ram (Federal Bar No. 12958)
Colin Ram Law, LLC
941 Houston Northcutt Blvd.
Mount Pleasant, South Carolina 29464
(843) 278-7000 (telephone)
Email: Colin@sctrial.com
***Attorney for the Plaintiff***


S/ *Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. ID 05849)
Willson Jones Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, South Carolina 29607
(864) 672-3711(telephone)
Email: cfturner@wjlaw.net
***Attorney for Defendants Spartanburg County,***
***Spartanburg County Sheriff's Office,***
***and Sheriff Chuck Wright***


S/ *Russell W. Harter, Jr.,*
Russell W. Harter, Jr. (Fed. ID 1753)
Chapman, Harter, P.A.
14 Lavinia Ave (29601
PO Box 10224
Greenville, SC 29603
(864) 233-4500 (telephone)
Email: rwhjr@chhlaw.net
***Attorney Wesley E. Bennett***


*Dated: July 12, 2024*