# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

| | |
|---|---|
| **TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF CHUCK WRIGHT, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS,**<br><br>**DEFENDANTS**. | C.A. No. 7:24-cv-1145-JDA-KFM<br><br><br><br><br><br><br>**CONSENT MOTION TO AMEND THE CONSENT AMENDED SCHEDULING ORDER [ECF NO. 40]** |

Pursuant to Fed. R. Civ. P. 6(b) and 16(b), and Local Civ. Rule 6.01 (D.S.C.), Defendant Sean Jacob Coats, by and through the undersigned counsel, and with the consent of all parties, hereby moves the Court to enter an Amended Scheduling Order extending the deadlines established in this Court's July 12, 2024, Consent Amended Scheduling Order. ECF No. 40. On May 1, 2025, this Court granted the parties' joint motion to consolidate and directed that a proposed scheduling order be submitted for the Court's consideration. ECF No. 44.

The parties' proposed Amended Scheduling Order is attached as Exhibit A to this motion and will be emailed to chambers. The proposed amendment would impact the deadlines set forth in the operative order as summarized below.

| Event | ECF No. 40 | *Proposed Consent Amended Scheduling Order* |
|---|---|---|
| Plaintiff's Deadline to Amend Complaint | N/A | May 13, 2025 |
| Rule 26(f) Report | July 26, 2024 | May 23, 2025 |
| Motions to join other parties and amend the pleadings | December 02, 2024 | June 30, 2025 |
| Discovery Deadline | April 4, 2025 | November 18, 2025 |
| Plaintiff's Expert Witness Identification | February 3, 2025 | January 9, 2026 |
| Defendants' Expert Witness Identification | March 3, 2025 | March 10, 2026 |
| Expert Witness Discovery | N/A | April 30, 2026 |
| Mediation | April 18, 2025 | May 14, 2026 |
| Dispositive Motions | May 5, 2025 | June 1, 2026 |
| Designation of records custodian witnesses | March 3, 2025 | July 15, 2026 |

The deadlines proposed in this motion are warranted for the reasons set forth in Plaintiff's Consent Motion to Stay, filed on January 29, 2025, and in the parties' Joint Motion to Consolidate, filed on April 30, 2025. ECF Nos. 41 & 43. The parties to *Terria Holcomb, Personal Representative for the Estate of Darius L.J. Holcomb v. Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett, and Sheriff Chuck Wright*, C/A No. 7:24-cv-01145-JDA-KFM ("the *County* case") have served and responded to written discovery and produced responsive documents. However, the parties to Holcomb v. City of Spartanburg, Dylan Davis, and

*Sean Jacob Coats*, C/A No. 7:25-cv-2731-JDA-KFM ("the *City* case") need additional time to review discovery in the County case and exchange written discovery. Moreover, these proposed deadlines are intended to accommodate the scheduling difficulties anticipated due to the parties being represented by six different law firms.

    A complete explanation of the relief sought in this motion is contained within this motion and a separate memorandum would serve no useful purpose. *See* Local Civ. Rule 7.04 (D.S.C.).

Respectfully submitted,

**HOLCOMBE BOMAR, P.A.**

*s/ Todd Russell Flippin*
_____
A. Todd Darwin
Fed. I.D. No. 6382
Todd Russell Flippin
Federal I.D. No. 11753
Post Office Box 1897
Spartanburg, South Carolina 29304
(864) 594-5300
(864) 585-3844 (facsimile)
tdarwin@holcombebomar.com
tflippin@holcombebomar.com

*Attorneys for Defendant Sean Jacob Coats*

Spartanburg, South Carolina

May 14, 2025

**WITH CONSENT:**

*s/ Stacey Todd Coffee*
Stacey Todd Coffee (Fed. ID 6812)
Logan & Jolly, LLP
Post Office Box 259 (29622)
1805 North Boulevard
Anderson, SC 29621
Phone: 864-226-1910
Fax: 864-226-1931
coffee@loganandjolly.com
Attorneys for Defendants City of Spartanburg

*s/ Patrick L. "Trey" Still, III*
Patrick L. "Trey" Still (Fed. ID 9857)
200 East Broad Street, Suite 450
Greenville, South Carolina 29601
Phone: (864) 331-8940
Fax: (864) 232-2921
Email: trey@cslaw.com
Attorney for Defendant Dylan Davis

*s/ Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I.D. 05849)
325 Rocky Slope Road, Suite 201
Greenville, South Carolina 29607
Email: cfturner@wjlaw.net
(864) 672-3711(phone)
(864) 373-7055(fax)
Attorney for Defendants Spartanburg County, Spartanburg County Sheriff's Office and Sheriff Chuck Wright

*s/ Russell W. Harter, Jr.*
Russell W. Harter, Jr. (Fed. ID 1753)
Chapman, Harter, P.A.
14 Lavinia Ave (29601
PO Box 10224
Greenville, SC 29603
(864) 233-4500 (telephone)
Email: rwhjr@chhlaw.net
Attorney for Defendant Wesley E. Bennett

*s/ Colin V. Ram*
Colin V. Ram (Fed. Bar No.: 12958)
Colin Ram Law, LLC
941 Houston Northcutt Blvd., Suite 203
Mount Pleasant, SC 29464
colin@sctrial.com
(843) 278-7000
Attorney for Plaintiff