**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Terria Holcomb, as Personal Representative ) <br> for the Estate of Darius L.J. Holcomb, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Spartanburg County, Spartanburg County ) <br> Sheriff's Office, Officer Wesley E. Bennett, ) <br> Sheriff Chuck Wright, City of Spartanburg, ) <br> Dylan Davis, and Sean Jacob Coats, ) <br> ) <br>     Defendants. ) | Case No.: 7:24-cv-1145-JDA-KFM <br><br><br><br><br> **CONSENT MOTION FOR SUBSTITUTION** <br> **OF COUNSEL FOR DEFENDANT** <br> **CITY OF SPARTANBURG** |

**YOU WILL PLEASE TAKE NOTICE** that Defendant City of Spartanburg hereby moves to substitute counsel in the above-entitled action pursuant to Local Rule 83.I.07(A). As of September 30, 2025, Stacey Todd Coffee, the attorney for the City of Spartanburg ("City") herein, will be practicing at the law firm of Willson, Jones, Carter & Baxley, P.A. where Charles Turner, who represents the Spartanburg County Sheriff's Office ("SCSO") herein, also practices. Based on a potential conflict of interest between the City and SCSO, Stacey Todd Coffee hereby moves to withdraw as counsel of record for Defendant City of Spartanburg and to substitute James E. Haarsgaard and Drew Butler of the law firm of Richardson, Plowden & Robinson, P.A. as counsel of record for Defendant City of Spartanburg.

The undersigned counsel hereby certify that they are informed and believe that no parties object to the requested relief.

**WE SO MOVE AND CONSENT:**

s/ Stacey Todd Coffee
Stacey Todd Coffee (Fed Bar No. 6812)
Logan & Jolly, LLP
1805 N Boulevard
Anderson, SC 29621
864.226.1910
coffee@loganandjolly.com
Attorney for Defendant City of Spartanburg

1

s/ Colin V. Ram
Colin V. Ram (Fed Bar No. 12958)
Colin Ram Law, LLC
941 Houston Northcutt Blvd.
Mount Pleasant, SC 29464
843.278.7000
colin@sctrial.com
Attorney for Plaintiff

s/ Charles F. Turner, Jr.
Charles F. Turner (Fed Bar No. 05849)
Willson, Jones, Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
864.672.3711
cfturner@wjlaw.net
Attorney for Defendants Spartanburg County,
Spartanburg County Sheriff's Office, and Sheriff Chuck Wright

s/ Patrick L. "Trey" Still, III
Patrick L. "Trey" Still, III (Fed Bar No. 9857)
200 East Broad Street, Suite 450
Greenville, SC 29601
864.331.8940
trey@cslaw.com
Attorney for Defendant Dylan Davis

s/ Russell W. Harter, Jr.
Russell W. Harter, Jr. (Fed Bar No. 1753)
Chapman Harter, P.A.
14 Lavinia Ave
PO Box 10224 (29603)
Greenville, SC 29601
864.233.4500
rwhjr@chhlaw.net
Attorney for Defendant Wesley E. Bennett

s/ Todd Russell Flippin
Todd Russell Flippin (Fed Bar No. 11753)
A. Todd Darwin (Federal Bar No. 6382)
Holcombe Bomar
PO Box 1897
Spartanburg, SC 29304
864.594.5300
tdarwin@holcombebomar.com
tflippin@holcombebomar.com
Attorneys for Defendant Sean Jacob Coats

2

s/ James E. Haarsgaard
James E. Haarsgaard (Fed Bar No. 12298)
Drew Butler (Fed Bar No. 8083)
Richardson Plowden & Robinson, P.A.
235 Magrath Darby Blvd., Suite 100
Mount Pleasant, SC 29464
843.805.6550
jhaarsgaard@richardsonplowden.com
dbutler@richardsonplowden.com