# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Terria Holcomb, as personal representative for the E | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:24-cv-1145-JDA-KFM |
| Spartanburg County, Spartanburg County Sheriff's O | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defedant Sean Jacob Coats                                                                                                      .

Date:        11/09/2025

s/Timothy Maio
*Attorney's signature*

Timothy Maio, Fed I.D. No. 13595
*Printed name and bar number*
Holcombe Bomar, PA
Post Office Box 1897
Spartanburg, South Carolina 29304

*Address*

tmaio@holcombebomar.com
*E-mail address*

864-594-5300
*Telephone number*

864-585-3844
*FAX number*

| Print | Save As... | Reset |
|---|---|---|