IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| TERRIA HOLCOMB, as Personal Representative for the ESTATE OF DARIUS L.J. HOLCOMB, </br></br>Plaintiff, </br></br>v. </br></br>SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF CHUCK WRIGHT, CITY OF SPARTANBURG, DYLAN DAVIS, and SEAN JACOB COATS, </br></br>Defendants. | Civil Action No.: 7:24-cv-1145-JDA-KFM </br></br></br></br>**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel, certifies that written reports prepared by the experts listed below have been disclosed to all other Parties on this date and that the reports comply with the requirements of Rule 26(a)(2)(B). Plaintiff reserves the right to supplement these reports as required by Rule 26(e), if necessary, as discovery progresses in this case.

Plaintiff hereby discloses and designates the following as expert witnesses:

Seth Stoughton
1525 Senate Street
Columbia, SC 29208

Mr. Stoughton is the Faculty Director of the University of South Carolina's Excellence in Policing and Public Safety Program and a tenured Professor at the University of South Carolina Joseph F. Rice School of Law. He is also a former law enforcement officer. Mr. Stoughton is the

principal co-author of *Evaluating Police Uses of Force* (NYU Press 2020), and has written book chapters about police misconduct, the use of force, and use-of-force review. He is a frequent lecturer on policing issues; has regularly appeared on national and international media; has written about policing for *The New York Times*, *The Atlantic*, *TIME*, and other news publications; and has filed multiple *amicus* briefs to the Supreme Court. Mr. Stoughton has served as an expert in a number of high profile police cases, including testifying in the criminal prosecutions of Derek Chauvin, who was convicted for killing George Floyd, and Kim Potter, who was convicted for killing Daunte Wright, and providing expert analysis related to the police killing of Christian Glass and actions taken by the Seattle Police Department during the 2020 protests. He has testified for and against officers in both criminal and civil cases and provided independent investigation and review of use of force incidents. He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, professional experience, and review of relevant case materials. His qualifications can be found in his curriculum vitae.

>  Christopher M. Watson, M.D., F.A.C.S
>  9 Medical Park, Suite 450
>  Columbia, SC 29203

Dr. Watson is a board-certified general and trauma surgeon with 24 years of clinical and operative experience. He currently serves as Chief of Acute Care Surgery for Prisma Midlands, the Medical Director of the Surgical Intensive Care Unit, and Chief Surgical Quality Officer for the Prisma Health Enterprise. Dr. Watson is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to

the facts alleged in Plaintiff's Complaint, additional pleadings, relevant materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, professional experience, and review of relevant case materials. His qualifications can be found in his curriculum vitae.

    Mark W. Turner
    The Warren Group, Inc.
    7805 St. Andrews Road
    P.O. Box 1608
    Irmo, South Carolina 29063

Mr. Turner is a scene reconstructionist for Warren Forensics and specialist with forensic mapping and animation. Mr. Turner is a former law enforcement officer with the South Carolina Highway Patrol and is a member of the South Carolina Association of Reconstruction Specialists (SCARS), among other professional organizations. He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, relevant materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, professional experience, and review of relevant case materials. His qualifications can be found in his curriculum vitae.

Plaintiff reserves the right to designate a responsive expert to any expert Defendants designate after this date. Plaintiff also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to circumstances beyond Plaintiff's control. Plaintiff further reserve the right to supplement this list prior to the trial of this case.

Plaintiff certifies through her counsel that pursuant to Fed. R. Civ. P. 26(a)(2)(B) she will serve on all counsel those materials required as part of these expert disclosures.

Dated: December 31, 2025                    Respectfully submitted,

**COLIN RAM LAW, LLC**

*/s/ Colin V. Ram*
Colin V. Ram, Fed. Bar No. 12958
941 Houston Northcutt Blvd., Suite 203
Mount Pleasant, SC 29464
(843) 278-7000

*Attorney for Plaintiff*