IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| TERRIA HOLCOMB, as Personal Representative of the ESTATE OF DARIUS L.J. HOLCOMB, <br><br> Plaintiff, <br><br> v. <br><br> SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF CHUCK WRIGHT, CITY OF SPARTANBURG, DYLAN DAVIS, and SEAN JACOB COATS, <br><br> Defendants. | Civil Action No.: 7:24-cv-1145-JDA-KFM <br><br> **JOINT STATUS REPORT REGARDING DEFENDANT SHERIFF CHUCK WRIGHT'S MOTION TO SUBSTITUTE AND DISMISS THIS ACTION AND MOTION TO QUASH REQUESTS TO ADMIT** |

Pursuant to the Court's order dated January 26, 2026, counsel for Plaintiff and counsel for Defendant Sheriff Chuck Wright conferred regarding the issues raised in Defendant Wright's motion to substitute and dismiss this action and motion to quash requests to admit. (ECF No. 75.) Counsel reached agreement on all issues raised in the motion and consent as follows: (1) Sheriff Bill Rhyne, in his official capacity, shall be substituted for former Sheriff Chuck Wright as a party to this case pursuant to Fed. R. Civ. P. 25(d), rather than dismissal of former Sheriff Wright from the case; (2) following substitution, former Sheriff Chuck Wright will no longer be a party to this matter, but he remains a fact witness in the case subject to deposition; (3) Plaintiff will withdraw the Requests for Admission directed to Sheriff Chuck Wright and will serve revised Requests for Admission to Sheriff Bill Rhyne by January 30, 2026; and (4) Sheriff Bill Rhyne agrees to respond to the revised Requests for Admission on or before February 27, 2026.

The above agreement resolves all issues presented in the motion.

Respectfully submitted,

s/ Colin V. Ram
Colin V. Ram, Esquire
Colin Ram Law, LLC
941 Houston Northcutt Blvd.
Mount Pleasant, SC 29464
colin@sctrial.com
*Attorney for Plaintiff*

s/ Charles F. Turner, Jr.
Charles F. Turner, Jr.
Willson Jones Carter & Baxley, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
cfturner@wjlaw.net
*Attorney for Defendants Spartanburg County,*
*Spartanburg County Sheriff's Office,*
*and Sheriff Chuck Wright*

Dated: January 27, 2026