**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**
**Case Number: 7:24-cv-1145-JDA-KFM**

| | | |
|---|---|---|
| Terria Holcomb, as Personal Represenative For the Estate of Darius L.J. Holcomb, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **DEFENDANTS SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, AND SHERIFF BILL RHYNE'S DISCLOSURE OF EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(A)(2)** |
| Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett both individually and in his capacity as a deputy of the Spartanburg County Sheriff's Office and Chuck Wright, in his capacity as the Sheriff of the Spartanburg County Sheriff's Office, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

To:  **Colin V. Ram, Attorney for Terria Holcomb**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants, above-named, by and through their attorney, certifies that written reports prepared by the expert listed below have been disclosed to all other parties on this date and that the reports comply with the requirements of the Federal Rules of Civil Procedure. Defendants reserve the right to supplement these reports as required by Rule 26(e), if necessary, as discovery progresses in this case.

Defendants hereby disclose and designates the following as an expert witness:

Ray Nash
Police Dynamics Institute, LLC
1135 Highway 61
Ridgeville, SC 29472

Mr. Nash is a retired law enforcement executive with more than forty-five years of experience in the justice sector. He served as the Chief of Police for both the Irmo (SC) Police Department and the Summerville (SC) Police Department, and served as the Sheriff of Dorchester

1

County for twelve years. He has been repeatedly qualified as an expert in both state and federal courts in the fields of police procedure, police use of force and defensive tactics, law enforcement, law enforcement training, and related fields. Mr. Nash spent three years in Afghanistan as a contractor with the United States Department of State, Bureau of International Narcotics and Law Enforcement Affairs. In that capacity, he served as a Professional Mentor to the Chief of Training and Education for the Afghan National Police, the Criminal Justice Adviser to the United States Embassy in Kabul, and as the Professional Development Director and United States representative for the International Police Coordination Board Secretariat. He holds a graduate degree in Criminal Justice Administration and an undergraduate degree in Criminal Justice. He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, professional experience, and review of relevant case materials. His qualifications can be found in greater detail in his curriculum vitae.

*(Signature page to follow)*

Respectfully submitted.

WILLSON JONES CARTER & BAXLEY, P.A.


 s/ Charles F. Turner, Jr.
 Charles F. Turner, Jr.,
 (S.C. Bar# 64996)
 325 Rocky Slope Road, Suite 201
 Greenville, SC 29607
 (864) 672-3711
 (864) 373-7055
 cfturner@wjcblaw.com

Attorney for Defendants Spartanburg County, Spartanburg County Sheriff's Office, and Bill Rhyne, in his capacity as the Sheriff of the Spartanburg County Sheriff's Office,

Spartanburg , South Carolina
February 12, 2026