IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Terria Holcomb, as Personal Representative for the Estate of Darius L.J. Holcomb, | CASE NO.:  7:24-CV-1145-JDA-KFM |
| Plaintiff, | |
| vs. | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| Spartanburg County, Spartanburg County Sheriff's Office, Officer Wesley E. Bennett, Sherriff Chuck Wright, City of Spartanburg, Dylan Davis, and Sean Jacob Coats, | |
| Defendants. | |

Michael E. Hirsch, attorney for Defendant Dylan Davis hereby requests that this Court grant him protection from Court appearances from *May 25, 2026 through May 29, 2026*, as he will be as he will be out of the country on vacation.

CLAWSON and STAUBES, PLLC

/s/ Michael E. Hirsch
Michael E. Hirsch
Federal Bar No.:  12793
7400 Carmel Executive Park Dr, Suite 300
Charlotte, North Carolina 28226
Phone:     (704) 940-9128
Fax:        (704) 522-9033
Email:      mhirsch@cslaw.com
Attorney for  Defendant Dylan Davis

Charlotte, North Carolina
April 29, 2026

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing **NOTICE OF REQUEST FOR PROTECTION** with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties shown below:

Drew H. Butler, Esquire
James E. Haarsgaard, Esquire
Richardson, Plowden & Robinson, P.A.
235 Magrath Darby Boulevard, Suite 100
Mt. Pleasant, SC 29464
Email: dbutler@richardsonplowden.com; jhaarsgaard@richardsonplowden.com
Attorneys for Defendant City of Spartanburg

A. Todd Darwin, Esquire
Todd R. Flippin, Esquire
Holcombe Bomar, PA
Post Office Box 1897
Spartanburg, SC 29304
Email: tdarwin@holcombebomar.com; tflippin@holcombebomar.com
Attorneys for Defendant Jacob Coats

Russell W. Harter, Jr., Esquire
Chapman, Harter & Harter, PA
Post Office Box 10224
Greenville, SC 29603
Email: rwhjr@chhlaw.net
Attorney for Defendant Officer Bennett

Colin V. Ram, Esquire
Colin Ram Law, LLC
941 Houston Northcutt Boulevard, Suite 203
Mt. Pleasant, SC 29464
Email: colin@sctrial.com
Attorney for Plaintiff

Charles F. Turner, Jr.
Wilson, Jones, Carter & Baxley
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Email: cturner@wjcblaw.com
Attorney for Defendant Spartanburg County Sheriff's Office

This the 29th day of April 2026.

/s/ Michael E. Hirsch
Michael E. Hirsch