# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

Terria Holcomb, as Personal Representative )    *C.A. NO.: 7:24-cv-01145-JDA-KFM*
of the Estate of Darius L. J. Holcomb,     )
    )
      Plaintiffs,     )
    )
    -vs-     )             **NOTICE OF REQUEST**
    )        **FOR PROTECTION FROM**
Spartanburg County, Spartanburg County   )          **COURT APPEARANCES**
Sheriff's Office, Officer Wesley E. Bennett )
both individually and in his capacity as a   )
deputy of the Spartanburg County Sheriff's )
Office and Chuck Wright, In his capacity   )
as the Sheriff of the Spartanburg County   )
Sheriff's Office,     )
    )
      Defendants.     )

The undersigned attorney for Defendant, Officer Wesley E. Bennett, hereby requests protection from any court appearances during the time period of July 13, 2026 through July 17, 2026, inasmuch as he has longstanding plans for a family vacation.

**CHAPMAN HARTER, P.A.**

s/ Russell W. Harter, Jr.
Russell W. Harter, Jr., #1753
14 Lavinia Street (29601)
P.O. Box 10224 (29603)
Greenville, South Carolina
Phone: 864-233-4500
Fax: 864-232-1710

April 30, 2026

Greenville, SC