UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| TERRIA HOLCOMB, as Personal Representative of the ESTATE OF DARIUS L.J. HOLCOMB, | ) ) ) ) | Civil Action No.: 7:24-cv-1145-JDA-KFM |
| Plaintiff, | ) ) | **DEFENDANT'S LOCAL CIVIL RULE 16.03 (D.S.C) ADR CERTIFICATION** |
| v. | ) ) | |
| SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, and SEAN JACOB COATS | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Todd Russell Flippin, the attorney of record for Defendant Sean Jacob Coats hereby certifies that he:

1. Provided Defendant Sean Jacob Coats with all materials relating to ADR that were required to be provided by the Local Civ. Rule 16.01 (D.S.C.) scheduling order;

2. Discussed the availability of ADR mechanisms with Sean Jacob Coats; and

3. Discussed the advisability and timing of ADR with opposing counsel.

Respectfully submitted,

**HOLCOMBE BOMAR, P.A.**

*s/ Todd Russell Flippin*

_____

Todd Russell Flippin
Federal I.D. No. 11753
Post Office Box 1897
Spartanburg, South Carolina 29304
(864) 594-5300
tflippin@holcombebomar.com

*Attorneys for Defendant Sean Jacob Coats*

Spartanburg, South Carolina

May 7, 2026