*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit A

To Defendant Sean Jacob Coats' Motion for Summary Judgment

5h

| STATE OF SOUTH CAROLINA<br>COUNTY OF SPARTANBURG | ) ) ) ) ) ) | **BENCH WARRANT** |
|---|---|---|

Case Number
BW 2022A4210102310

230242

To any Lawful Constable or Officer:

WHEREAS: **Darius L J Holcomb** on January 26, 2023 failed to appear in court in violation of the bond previously set by a judge for: **Sex / Sex Offender Registry Violation, fail to register - 1st offense.**

This order is to command you to take the defendant into custody. The jail is hereby commanded to take custody of the defendant and to safely keep the defendant until the defendant is discharged by the court. This defendant shall be BROUGHT BEFORE THE COURT as soon as possible. This shall be your good and sufficient warrant.

Witness: The due execution of this warrant on January 26, 2023.

Judge JJ Keffer
Spartanburg Magistrate
180 Magnolia Street
Spartanburg County Judicial Center
Spartanburg, SC 29306

This Bench Warrant is CERTIFIED FOR SERVICE in the ☐ County / ☐ Municipality of

_____. The defendant is to be arrested and brought before me to be dealt with according to the law.

Signature of Judge          Date

**OFFICER'S RETURN**

STATE OF SOUTH CAROLINA
COUNTY OF SPARTANBURG

I hereby certify that pursuant to the command of the within warrant, I have placed the said Darius L J Holcomb in the jail this day.

Officer's Name          Date

| | |
|---|---|
| Name: | Darius L J Holcomb |
| Address: | 191 South Carolina Ave |
| | Spartanburg, SC 29306 |
| DL#: | 090472889 |
| State: | SC |
| Height: | 6'0" |
| Weight: | 170 |
| SSN: | |
| DOB: | |
| Sex: | M |
| Race: | B |

**ORIGINAL**

MC131
SCCA/523 (11/2017)



# Spartanburg County
## Seventh Judicial Circuit
## Public Index



Spartanburg County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

| Switch View |
| --- |

### The State of South Carolina VS Darius L J Holcomb

| Case Number: | 2022A4210102310 | Court Agency: | Spartanburg Magistrate | Filed Date: | 12/05/2022 |
| --- | --- | --- | --- | --- | --- |
| Case Type: | Criminal | Case Sub Type: | | | |
| Status: | Failure to Appear | Assigned Judge: | Jones, Charles William | Disposition Judge: | |
| Disposition: | | | | | |
| Disposition Date: | | Date Received: | | Arrest Date: | 12/02/2022 |
| Law Enf. Case: | 22061338 | True Bill Date: | | No Bill Date: | |
| Prosecutor Case: | | Indictment Number: | | Waiver Date: | |
| Probation Case: | | | | | |

## Case Parties

Click the ⊗ icon to show associated parties.

| Name | Address | Race | Sex | Year Of Birth | Party Type | Party Status | Last Updated |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ⊗Carolina Bail Bonding/Paul J. Hess, Jr./Palm | 554 El Paso St Spartanburg SC 29303 | | | | Bond Entity | | 12/05/2022 |
| ⊗Holcomb, Darius L J | 191 South Carolina Ave Spartanburg SC 29306 | Black | M | 1983 | Defendant | | 12/05/2022 |
| James, Michelle B | 8045 Howard Street Spartanburg SC 29303- | | | | Officer | | 12/05/2022 |

## Charges

| Name | Charge Code - Charge Description | Original Charge Code - Original Charge | Disposition Date |
| --- | --- | --- | --- |
| Holcomb, Darius L J | 2606-Sex / Sex Offender Registry Violation, fail to register - 1st offense | 2606-Sex / Sex Offender Registry Violation, fail to register - 1st offense | |

## Associated Cases

| Agency | Case # | External | Relationship | Description | Case Filed Date | Disposition Date | Case Status | Disposition |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bond Court | 2022A4210102310 | Y | | Associated by Case Transfer | 12/02/2022 | 12/05/2022 | Transferred | Transferred from Bond Court/Other Court |

## Actions

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
| --- | --- | --- | --- | --- | --- | --- |
| Holcomb, Darius L J | Criminal Court | Event | | 01/26/2023-09:00 | 01/26/2023-09:59 | |
| Holcomb, Darius L J | BW FTA | Filing | | 01/26/2023-00:00 | | |
| Holcomb, Darius L J | Archived Court Summons | Filing | | 12/09/2022-00:00 | | |
| Holcomb, Darius L J | Bond Hearing | Event | | 12/02/2022-17:00 | 12/08/2022-18:00 | |
| Holcomb, Darius L J | Defendant Information Regarding Rights | Filing | | 12/02/2022-00:00 | | |

# Financials

|  |  | Summary |  |  |  |
|---|---|---|---|---|---|
| Fine/Costs: | $2,125.00 | Total Paid for fine/costs: | $0.00 | Balance Due: | $2,125.00 |

| Costs | | | | |
|---|---|---|---|---|
| Description | Cost Code | Amount | Charge Action | Disbursed Amount |
| Fine to General Fund | AFNEGF | $1,000.00 |  | $0.00 |
| Victim Services Asm 38.0013% / 5.7831% | ASMVIC | $120.00 |  | $0.00 |
| Victim Conviction Surcharge $100 / $25 | CVSRCH | $25.00 |  | $0.00 |
| Law Enforcement Funding Surcharge $25 | LEFSUR | $25.00 |  | $0.00 |
| State Assessment | STAASM | $955.00 |  | $0.00 |

| Payments | | | | |
|---|---|---|---|---|
| Payment Date | Receipt Number | Entered By | Transaction Type Code | Payment Amount |
| None | | | | |

# Bonds

| Bond Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bond Id | Set Date | Amend Date | Set By | Type | Amount | Type | Amount | Condition |
| 2022BD42102019804980 | 12/02/2022 |  | Sherlin | Cash Bond | $500.00 | Surety Bond | $500.00 |  |

| Post Information | | | | |
|---|---|---|---|---|
| Bond Id | Bond Type | Amount | Date Posted | Posted By |
| 2022BD42102019804980 | Surety Bond | $500.00 | 12/03/2022 | Carolina Bail Bonding/Paul J. Hess, Jr./Palm |

CMSWeb 6.1 © 2019 South Carolina Judicial Branch • All rights reserved

7:24-cv-01145-JDA-KFM    Date Filed 05/21/26    Entry Number 100-1    Page 5 of 6

## ARREST WARRANT

# 2023A4210200565

### STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

**Spartanburg**

| | |
|---|---|
| THE STATE | CZ3010797 |
| against | |

**Darius L J Holcomb**

Address:   **191 South Carolina Ave**

         **Spartanburg, SC 29306-**

Phone: **(864)251-3366**    SSN [redacted]

Sex **M**   Race: **B**   Height: **6**   Weight: **170**

DL State: **SC**   DL #: **090472889**

DOB: [redacted]   Agency ORI #: **SC0420100**

Prosecuting Agency: **Spartanburg Police Department**

Prosecuting Officer: **Desmon I Smith - S01697**

Offense: **Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making**

Offense Code: **0326**

Code/Ordinance Sec: **16-09-0320(A)**

This warrant is CERTIFIED FOR SERVICE in the

[ ] County/    [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

                         **(L.S.)**

_____
Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to defendant

on _____

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

**General Sessions**
**180 Magnolia Street**
**P O Box 3483**
**Spartanburg, SC 29304**

**ORIGINAL**        **ORIGINAL**

---

### STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

**Spartanburg**

             **AFFIDAVIT**        **ORIGINAL**

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 618

Personally appeared before me the affiant **Desmon I Smith** who being duly sworn deposes and says that defendant **Darius L J Holcomb** did within this county and state on or about **1/27/2023** violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Spartanburg** ) in the following particulars:

DESCRIPTION OF OFFENSE: Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making arrest

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on January 27, 2023 in the city of Spartanburg, one Darius L J Holcomb did knowingly and willfully oppose and/or resist the lawful arrest by a law enforcement officer. Warrant based on police investigation. DL

                     Signature of Affiant

### STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

**Spartanburg**

Affiant's Address: **145 W. Broad Street**
                  **Spartanburg, SC 29306-**

Affiant's Telephone

### ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about **1/27/2023** defendant **Darius L J Holcomb** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Spartanburg** ) as set forth below:

DESCRIPTION OF OFFENSE: Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making arrest

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me

on **1/28/2023**                  **(L.S.)**

**Olin Dean Ledford Jr.**

Judge Code: **7443**

Judge's Address: **Spartanburg County Judicial Center**
                **Spartanburg, SC 29306-**

Judge's Telephone   (8)596-3424

Issuing Court: [X] Magistrate   [ ] Municipal   [ ] Circuit

**ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**    **ORIGINAL**

7:24-cv-01145-JDA-KFM      Date Filed 05/21/26      Entry Number 100-1      Page 6 of 6

## ARREST WARRANT

**2023A4210200584**

### STATE OF SOUTH CAROLINA

[X] County/      [ ] Municipality of

Spartanburg

| | |
|---|---|
| THE STATE | C23010819 |
| against | |

Darius L J Holcomb

Address: 191 South Carolina Ave

Spartanburg, SC 29306-

Phone: (864)251-3366      SSN: ▮▮▮▮▮▮

Sex: M   Race: B   Height: 6   Weight: 170

DL State: SC   DL #: 090472889

DOB: ▮▮▮▮▮   Agency ORI #: SC0420100

Prosecuting Agency: **Spartanburg Police Department**

Prosecuting Officer: **Dylan R Davis - S00997**

Offense: **Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making**

Offense Code: **0326**

Code/Ordinance Sec: **16-09-0320(A)**

This warrant is **CERTIFIED FOR SERVICE** in the

[ ] County/   [ ] Municipality of

_____ . The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

_____
Signature of Judge

Date:
_____

### RETURN

A copy of this arrest warrant was delivered to defendant

on _____

_____
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
180 Magnolia Street
P O Box 3483
Spartanburg, SC 29304

**ORIGINAL**      **ORIGINAL**

---

### STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Spartanburg

**AFFIDAVIT**      **ORIGINAL**

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant **Dylan R Davis** who being duly sworn deposes and says that defendant **Darius L J Holcomb** did within this county and state on or about **1/28/2023** violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Spartanburg** ) in the following particulars:

DESCRIPTION OF OFFENSE: Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making arrest

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

That on January 28, 2023 in the city of Spartanburg, one Darius L J Holcomb did knowingly and willfully oppose and/or resist the lawful arrest by a law enforcement officer. Warrant based upon police investigation /cto

Signature of Affiant _____

### STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Spartanburg

Affiant's Address: 145 W. Broad Street
Spartanburg, SC 29306-

Affiant's Telephone _____

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about **1/28/2023** defendant **Darius L J Holcomb** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Spartanburg** ) as set forth below:

DESCRIPTION OF OFFENSE: Resisting / Resisting Arrest; Oppose or resist law enforcement officer serving process or making arrest

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me

on 1/29/2023

_____ (L.S.)
Signature of Issuing Judge

Jacqueline Alicia Moss

Judge Code: 7409

Judge's Address: Spartanburg County Judicial Center
Spartanburg, SC 29306-

Judge's Telephone: (864)596-3424

Issuing Court: [X] Magistrate   [ ] Municipal   [ ] Circuit

**ORIGINAL**   **ORIGINAL**   **ORIGINAL**   **ORIGINAL**   **ORIGINAL**   **ORIGINAL**