***TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS***

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit C

To Defendant Sean Jacob Coats' Motion for Summary Judgment



# Spartanburg County Sheriff's Office

Deputy Report for Incident 20100096

---

**Nature:** Wanted Person

**Location:** 300S

**Address:** 191 SOUTH CAROLINA AVE;
SOUTH CAROLINA AVE
SPARTANBURG SC 29306

---

**Offense Codes:** RIPO
**Received By:** Coats S J      **How Received:** R      **Agency:** SCSO
**Responding Officers:** Coats S J
**Responsible Officer:** Coats S J      **Disposition:** CAA 10/02/20
**When Reported:** 16:48:28 10/02/20      **Occurred Between:** 16:48:28 10/02/20 and 16:48:28 10/02/20

---

**Assigned To:**      **Detail:**      **Date Assigned:** \*\*/\*\*/\*\*
**Status:**      **Status Date:** \*\*/\*\*/\*\*      **Due Date:** \*\*/\*\*/\*\*

---

**Complainant:** 314642
**Last:** COATS      **First:** SEAN      **Mid:**
**DOB:** \*\*/\*\*/\*\*      **Dr Lic:**      **Address:** 8045 HOWARD ST
**Race:** W      **Sex:** M      **Phone:** (864)503-4500      **City:** SPARTANBURG, SC 29303

Alert Codes:

POLI Active Police Officer

## Offense Codes

**Reported:**      **Observed:** RIPO Resist or Interfere w/ Police
**Additional Offense:** RIPO Resist or Interfere w/ Police

## Circumstances

INV Investigation
BM88 No Bias
WNONE W-No Weapon Used
LT20 LOC-Residence or Home

**Responding Officers:**      **Unit :**
Coats S J      S2874

**Responsible Officer:** Coats S J      **Agency:** SCSO
**Received By:** Coats S J      **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*
**How Received:** R Radio      **Clearance:** CRO Cleared by Responding Officer

**When Reported:** 16:48:28 10/02/20      **Disposition:** CAA **Date:** 10/02/20

02/03/23

**DEF PROD 001160**

|  |  |  |  |
|---|---|---|---|
| **Judicial Status:** |  | **Occurred between:** | 16:48:28 10/02/20 |
| **Misc Entry:** |  | **and:** | 16:48:28 10/02/20 |
| **Modus Operandi:** | **Description :** |  | **Method :** |

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 10/05/20 | Want | RESISTING ARREST | Originated by |
| 10/02/20 | Name | HOLCOMB, DARIUS L J | Suspect |
| 10/02/20 | Name | COATS, SEAN | Complainant |
| 10/02/20 | Offense | Offense#: 407278 - MC - 1 count | Charged With |

02/03/23

**DEF PROD 001161**

## Narrative

On 10/2/20, I, Deputy Coats, responded to 191 S. Carolina Ave., within the county limits of Spartanburg, in reference to a warrant service. Deputy Junkins and Officer Brewer with Spartanburg PD was there to assist.

Upon arrival, I spoke to a black female, who identified herself as Mr. Darius Holcomb's mother (unknown name at this time). She walked from neighbors house across the street towards her front porch area as we approached the target residence. She stated that she wanted to go inside to attempt to calm Mr. Holcomb down before we made contact. She applied that Mr. Holcomb would be upset by our presence. After she failed to do so, we made entry into the residence.

Mr. Holcomb was located inside his bedroom laying on the bed, watching something on his phone. I then advised Mr. Holcomb several times that I had a warrant in hand for his arrest, for Sex Registry Violation. Mr. Holcomb declines several verbal request by me to stand up and place his hands behind his back. He stated 'fuck you" and "I ain't going nowhere". After several more verbal directives given to Mr. Holcomb to stand up and place his hands behind his back, he again refused.

At this time I secured his right arm and wrist while Deputy Junkins secured his right wrist. Officer Brewer held Mr. Holcomb's legs down to the bed to keep him from kicking an officer. After a brief struggle I was able to get Mr. Holcomb's left arm secured behind his back and Deputy Junkins was able to get his left arm secured behind his back. At this time, I then secured hand cuffs on Mr. Holcomb. We then escorted Mr. Holcomb out through the front door and secured him in the back of my patrol vehicle.

Mr. Holcomb displayed defensive resistance the entire time while attempting to secure him in handcuffs, by pulling away and also curling his arms in-ward towards the front of his body, to attempt to prevent his arms from being placed behind his back. Once we got Mr. Holcomb to his feet, we began to walk him outside his room, prior to leaving his room he turned towards his mom and spit in her face.

I ask his mom several times if she wanted to prosecute her son for spitting on her and she stated no every time.

I will be speaking to a judge in reference to this case. My body camera was activated. End of report.

_____

Responsible LEO:

_____

Approved by:

_____

02/03/23

**DEF PROD 001162**

Date

02/03/23

**DEF PROD 001163**

## Supplement Junkins C

On 10/02/2020 I, Deputy Junkins, responded with Deputy Coates and SPD Officer Brewer to 191 South Carolina Ave in Spartanburg County in reference to a wanted subject, identified as Darius Holcombe.

Upon arrival Deputy Coates made contact with his mother.  His mother stated she would go talk to Holcombe to keep him calm.  I proceeded to the back of the residence to watch the rear door.  Deputy coates then contacted me to come around front to go inside the residence.  We entered the residence where we found Holcombe on his bed.

Deputy Coates tried to reason with Holcombe to prevent the situation from escalating, however, Holcombe refused cursing at officers.  He made several verbal requests for Holcombe to stand up and put his hands behind his back.  Holcombe refused and Deputy Coates informed him we would have to go " Hands On " to affect the arrest.  Deputy Coates grabbed his right arm.  I grabbed his left arm just above his elbow and by his wrist.  I secured his left arm behind his back where Deputy Coates cuffed him.

BWC activated.

02/03/23

**DEF PROD 001164**

### Supplement Coats S J

On Friday, 10/2/20, I, Deputy Coats spoke with Judge Bagwell in reference to this case. The following warrant was issued.

1) Resisting Arrest (Warrant #2020A4210205142)

02/03/23

**DEF PROD 001165**

## Name Involvements:

**Complainant :**  314642

| | | |
|---|---|---|
| **Last:**  COATS | **First:**  SEAN | **Mid:** |
| **DOB:**  \*\*/\*\*/\*\* | **Dr Lic:** | **Address:**  8045 HOWARD ST |
| **Race:**  W          **Sex:**  M | **Phone:**  (864)503-4500 | **City:**  SPARTANBURG, SC 29303 |

**Suspect :**  139772

| | | |
|---|---|---|
| **Last:**  HOLCOMB | **First:**  DARIUS | **Mid:**  L J |
| **DOB:**  06/02/83 | **Dr Lic:**  090472889 | **Address:**  191 SOUTH CAROLINA AVE |
| **Race:**  B          **Sex:**  M | **Phone:**  (864)621-1797 | **City:**  SPARTANBURG, SC 29306 |

02/03/23

**DEF PROD 001166**