*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit F

To Defendant Sean Jacob Coats' Motion for Summary Judgment

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
C.A. NO.:  7:24-CV-1145-JDA-KFM


TERRIA HOLCOMB,
AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF
DARIUS L.J. HOLCOMB,

                    PLAINTIFF,


vs.


SPARTANBURG COUNTY,
SPARTANBURG COUNTY SHERIFF'S OFFICE,
OFFICER WESLEY E. BENNETT,
SHERIFF CHUCK WRIGHT, CITY OF SPARTANBURG,
DYLAN DAVIS AND SEAN JACOB COATS,

                    DEFENDANTS.



        V I D E O T A P E D   D E P O S I T I O N



WITNESS:            DYLAN DAVIS
DATE:               NOVEMBER 20, 2025
TIME:               10:02 A.M.
LOCATION:           SPARTANBURG DOWNTOWN MEMORIAL AIRPORT
                    500 AMMONS ROAD
                    SPARTANBURG, SOUTH CAROLINA 29306
REPORTED BY:        FOTINI S GREGORY




                    LEGAL EAGLE
              Post Office Box 5682
          Greenville, South Carolina 29606
                  864-467-1373
            depos@legaleagleinc.com

TERRIA HOLCOMB vs SPARTANBURG COUNTY, ET AL.
Davis, Dylan 11/20/2025                                                    2

```
APPEARANCES:


     COLIN RAM, ESQUIRE
     COLIN RAM LAW, LLC
     941 HOUSTON NORTHCUTT BOULEVARD
     SUITE 203
     MOUNT PLEASANT, SOUTH CAROLINA 29464
     colin@sctrial.com

          ATTORNEY FOR THE PLAINTIFF,


     RUSSELL W. HARTER, JR., ESQUIRE
     CHAPMAN HARTER, P.A.
     PO BOX 10224
     GREENVILLE, SOUTH CAROLINA 20603
     rwhjr@chhlaw.net

          ATTORNEY FOR WESLEY BENNETT,


     VAL D'AMBROSI, ESQUIRE
     RICHARDSON PLOWDEN
     235 MAGRATH DARBY BOULEVARD
     MOUNT PLEASANT, SOUTH CAROLINA 29464
     vdambrosi@richardsonplowden.com

          ATTORNEY FOR THE CITY OF SPARTANBURG,


     CHARLES F. TURNER, JR., ESQUIRE
     WILLSON CARTER JONES & BAXLEY, LLC
     325 ROCKY SLOPE ROAD
     SUITE 201
     GREENVILLE, SOUTH CAROLINA 29607
     cfturner@wjcblaw.com

          ATTORNEY FOR SPARTANBURG COUNTY SHERIFF'S OFFICE,
```

TERRIA HOLCOMB vs SPARTANBURG COUNTY, ET AL.
Davis, Dylan 11/20/2025                                                           3

```
APPEARANCES CONT'D:


      PATRICK L. STILL, III, ESQUIRE
      CLAWSON & STAUBES, LLC
      200 EAST BROAD STREET
      GREENVILLE, SOUTH CAROLINA 29601
      trey@cslaw.com

            ATTORNEY FOR DYLAN DAVIS,


      TODD R. FLIPPIN, ESQUIRE
      HOLCOMBE BOMAR, PA
      101 WEST SAINT JOHN STREET
      SUITE 200
      SPARTANBURG, SOUTH CAROLINA 29306
      tflippin@holcombebomar.com

            ATTORNEY FOR SEAN JACOB COATS.




ALSO PRESENT:

RICHARD EDMUND - VIDEOGRAPHER
```

TERRIA HOLCOMB vs SPARTANBURG COUNTY, ET AL.
Davis, Dylan 11/20/2025                                                    4

```
                              INDEX


    STIPULATIONS ....................................    5

    OATH ............................................    6

    EXAMINATION BY MR. RAM  .........................    6

    EXAMINATION BY MR. TURNER ....................... 139

    EXAMINATION BY MR. FLIPPIN ...................... 143

    EXAMINATION BY MR. RAM .......................... 144

    EXAMINATION BY MR. STILL ........................ 146

    ERRATA SHEET .................................... 148

    CERTIFICATE OF REPORTER ......................... 149



                            EXHIBITS

    PLAINTIFF'S

    No. 1 SLED ATTACHMENT #4 ........................  16

    No. 2 SPARTANBURG CITY INCIDENT REPORT .........  17

    No. 3 SPARTANBURG CITY INCIDENT REPORT .........  17

    No. 4 SPARTANBURG POLICE GENERAL ORDERS ........  71

    No. 5 SLED ATTACHMENT #11 ...................... 105

    No. 6 INTERROGATORIES .......................... 138

    No. 7 REQUESTS FOR PRODUCTION .................. 138




    (THIS TRANSCRIPT MAY CONTAIN QUOTED MATERIAL.  SUCH MATERIAL

    IS REPRODUCED AS READ OR QUOTED BY THE SPEAKER.)
```

meeting to brief before they went over to Mr. Holcomb's house?

A.    No.

Q.    Who was -- do you have any understanding of who was meeting to brief before going over to the house?

A.    No.  I would imagine -- I probably would have assumed, at the time, he meant the warrant division, which would've been other deputies assigned to that division to do that job.

Q.    All right.  And so walk me through the timeline of what -- do you recall what you're doing that day?  Were you an SRO, or did you have school duties?

A.    No, sir.  I'm not an SRO.

Q.    Okay.  I mean, did you have traffic duties or anything? Sometimes officers have to do that.

A.    Yeah.  Yeah.  Sometimes on Thursdays and Fridays, I'll work the school zones sometimes.  I don't remember what I was doing at the date and time.  I do recall that around the time, there was a priority call for service that I responded to and Bradshaw responded to.  I believe I remember the conclusion of that, hey, this is the time.  I believe they're over there if you want to stop the check in.

Q.    Okay.  So at some point you went over to -- did you go directly to Mr. Holcomb's house?