*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit I

To Defendant Sean Jacob Coats' Motion for Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
C.A. No.: 7:24-cv-1145-JDA-KFM

TERRIA HOLCOMB, AS PERSONAL            )
REPRESENTATIVE FOR THE ESTATE OF       )
DARIUS L.J. HOLCOMB,                    )
                    Plaintiff(s),       )
versus                                  )
                                        )
SPARTANBURG COUNTY, SPARTANBURG        )
COUNTY SHERIFF'S OFFICE, OFFICER        )
WESLEY E. WRIGHT, CITY OF               )
SPARTANBURG, DYLAN DAVIS, AND           )
SEAN JACOB COATS,                       )
                    Defendant(s).       )

V I D E O T A P E   D E P O S I T I O N

WITNESS:        TERRIA HOLCOMB
DATE:           AUGUST 20, 2025
TIME:           10:05 AM
LOCATION:       HOLCOMBE BOMAR
                101 WEST ST. JOHN STREET, SUITE 200
                SPARTANBURG, SOUTH CAROLINA
REPORTED BY:    MARLA J. OBRIEN, CVR-M, ACR
VIDEOGRAPHER:   RICHARD EDMUND, EXTREME MEDIA

LEGAL EAGLE
Post Office Box 5682
Greenville, South Carolina 29606
864-467-1373
depos@legaleagleinc.com

APPEARANCES:

COLIN RAM, ESQUIRE

COLIN RAM LAW

941 HOUSTON NORTHCUTT BOULEVARD, SUITE 203

MOUNT PLEASANT, SOUTH CAROLINA  29464

colin@sctrial.com

    Attorney for Plaintiff(s);

RUSSELL W. HARTER, JR., ESQUIRE

CHAPMAN, HARTER & HARTER

14 LAVINIA AVENUE

POST OFFICE BOX 10224

GREENVILLE, SOUTH CAROLINA  29601

rwhjr@chhlaw.net

    Attorney for Defendant Wesley Bennett;

J. NATHAN OZMINT, ESQUIRE

WILLSON JONES CARTER & BAXLEY

325 ROCKY SLOPE ROAD, SUITE 201

GREENVILLE, SOUTH CAROLINA  29607

jnozmint@wjcblaw.com

    Attorney for Defendant Spartanburg County

    Sheriff's Office;

Deposition of Terria Holcomb

3

STACEY T. COFFEE, ESQUIRE

LOGAN & JOLLY

1805 NORTH BOULEVARD

POST OFFICE BOX 259

ANDERSON, SOUTH CAROLINA  29622

coffee@loganandjolly.com

     Attorney for Defendant City of Spartanburg;

DARBY A. DAVIS, ESQUIRE

CLAWSON & STAUBES, LLC

200 EAST BROAD STREET, SUITE 200

GREENVILLE, SOUTH CAROLINA  29601

ddavis@cslaw.com

     Attorney for Defendant Dylan Davis;

TODD R. FLIPPIN, ESQUIRE

HOLCOMBE BOMAR

101 WEST ST. JOHN STREET, SUITE 200

SPARTANBURG, SOUTH CAROLINA  29306

tflippin@holcombebomar.com

     Attorney for Defendant Sean Jacob Coats.

Deposition of Terria Holcomb

4

INDEX

Stipulations and Waiver................................   5

Oath..................................................   6

Examination by Mr. Harter.............................   6

Examination by Mr. Davis.............................. 143

Examination by Mr. Flippin............................ 159

Examination by Mr. Coffee............................. 174

Examination by Mr. Ozmint............................. 182

Examination by Mr. Ram................................ 185

Examination by Mr. Harter............................. 212

Errata................................................ 224

Certificate of Reporter............................... 225

EXHIBITS

Plaintiff's Exhibit 1; Body Cam Video................ 223

(THIS TRANSCRIPT MAY CONTAIN QUOTED MATERIAL.   SUCH MATERIAL IS REPRODUCED AS READ OR QUOTED BY THE SPEAKER.)

Deposition of Terria Holcomb

159

EXAMINATION BY MR. FLIPPIN:

Q.    Ms. Holcomb -- is it okay if I call you Ms. Holcomb?

A.    You mean, uh-huh.

Q.    I'm Todd Russell Flippin.  I have a few more questions for you.

A.    Okay.

Q.    The same rules apply, so when I ask a question, please wait until I'm done asking --

A.    Okay.

Q.    -- before you start answering, and I'll try to do the same for you.  Okay?

A.    Uh-huh.

Q.    All right.  Do you know who Sean Coats is?

A.    No.

Q.    Have you ever heard that name before?

A.    Not 'til today.

Q.    Okay.  And I'll represent to you that he's a county -- at the time, was a county deputy, Spartanburg County deputy.  All right?

A.    Okay.

Q.    Do you have -- understanding you don't recognize that name, so you -- you would, sitting here today, you can't testify as to any conversations you've had with Sean Coats.  Is that correct?

A.    That's correct.

Deposition of Terria Holcomb

210

whoever he was talking to, or whoever he would listen to, would sometimes say this and say that. But no, and Darius loved -- Darius loved me. He didn't never call me mommy, he always called me, ever since he could learn how to talk, he didn't never call me mommy, he always called me Madaw.

Q. You were asked questions about Dylan Davis in this case. You were asked whether he had done anything wrong as far as you know. Do you remember being asked those questions here today?

A. Yes.

Q. Do you know everything about the facts of this case?

A. I know that, from my understanding, that Dylan was the one that got everything initiated, leading up to February 2.

Q. Okay. And Sean Coats?

A. I -- I don't know Sean Coats. I don't know that name.

Q. Do you know his role in the events of this case?

A. No, I don't.

Q. Now, is one of the reasons that you have an attorney --

A. Uh-huh.

Q. -- is to help you investigate this case --

A. Yes.

Q. -- for you?

A. Yeah.