*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit J

To Defendant Sean Jacob Coats' Motion for Summary Judgment

## Supplement Featherston Z

```
INVESTIGATION REPORT
Spartanburg County Sheriff's Department

Case Number:   23020102
Incident Type:  Death Inv.
Location:  191 S Carolina Ave
Incident Date:  2/2/23
Patrol Officer:  Z Featherston
```

On Thursday, February 2, 2023 I responded to 191 S Carolina Ave in Spartanburg County.  I heard radio traffic that warrant deputies were at that location and that a subject, Darius Holcomb, had retreated into a bedroom and barricaded with a knife.  Holcomb had multiple active arrest warrants for Resisting Arrest and Failure to Register as a Sex Offender.  Deputies on scene also advised that he had made threats to harm them, and that they had evacuated other residents from the house.

Once I arrived and was briefed on the situation, I took a position inside the living room area where I could observe the door that entered the bedroom where the subject was barricaded.  Deputies were already trying to make contact with the subject and negotiate with him to come out.  Holcomb's responses to the negotiators was erratic and did not make sense.  He also went long periods without responding at all.  During this time I repositioned myself to provide lethal cover for LT Longshore who had a less lethal shotgun.  We were located in a doorway leading from the kitchen to an adjoining bedroom to the one the subject was in.  There was a door that adjoined the two bedrooms.  Negotiators were still attempting to convince the subject to surrender peacefully.  I could hear what sounded like the subject moving furniture in front of both doors further barricading himself inside.  During this time the subject was speaking to himself as well as negotiators.  He identified himself as multiple different persons and spoke of executions and other acts of violence.  He would frequently laugh loudly and speak of Nazis.  He also stated that he would never surrender and that he would execute officers.  He was also mumbling and speaking incoherently.

Negotiations continued until it was determined that CS gas would be deployed into the residence to force the subject exit.  I was told by LT Hawkins to retrieve my gas mask and move back to the living room area where I donned my gas mask.  I was providing lethal cover while Deputy Biggs readied his taser and SGT Bennett held the ballistic shield.  I advised Deputy Biggs to give verbal commands to the subject.  Deputy Biggs began giving verbal commands to the subject to to open the door and come out with his hands open and empty.  Gas was deployed into the residence and Deputy Biggs continued to advise the subject to come out.  The subject did not respond at any point but would mumble in a manner that we could not understand.  With the gas deployed I heard him coughing several times but made no indication that he would be exiting the room.  Verbal commands continued with no response.  Eventually more CS rounds were deployed into the room.  The door slightly opened, but seemed to be blocked by something.  Deputy Biggs continued to advise him to come out.

Eventually the decision was made to breach the doorway and send a K9 into the room.  Other deputies repositioned themselves to better cover all avenues of escape.  SGT Bennett remained with the shield along with Deputy Coats and me.  I retrieved SGT Bennett's taser to provide less lethal coverage while Deputy Coats breached the door. Due to the barricades on the door, it took Deputy Coats numerous attempts to breach the door.  After the door was breached the K9 entered the room.  SGT Bennett and I began moving towards the door.  I briefly saw the subject in the rear of the room, but my view of him was obstructed by a dresser that had been pushed in front of the door.  I heard 4-5 shots from my left and realized that SGT Bennett had engaged the subject.  The subject then moved back into my view and I saw that the K9 was biting the subject.  The subject moved towards us and fell to the ground along with the K9.  I observed a large silver carving fork in the

*7/8/23*

*0941*

*02/03/23*

*2/8/2023*

*exp. 01-08-2031*

*2/3*

subject's hand.   I moved past the subject and K9 still covering the subject with the taser. CPL Tillinghast then entered the room and began handcuffing the subject.   I assisted him in handcuffing the subject.

Once the subject was secured, officers began rendering first aid.   I placed a chest seal over a wound to the subject's left chest.   I also placed a compression bandage over a wound on the subjects hip.   Chest compressions were administered by numerous officers including myself until EMS arrived.   Once EMS took over care of the subject, I moved outside of the residence.

I remained on scene until relieved.

My BWC was active.

exp: 01-08-2031

2/8/2023

02/03/23

2/8/23
0941