***TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS***

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit K

To Defendant Sean Jacob Coats' Motion for Summary Judgment

INVESTIGATION REPORT
Spartanburg County Sheriff's Department

Case Number:   23020102
Incident Type: Warrant Service
Location:                191 S Carolina Ave
Incident Date: 02/02/2023
Patrol Officer:M. Longshore


       On 02/02/2023 I heard Deputy Coats hold the channel while out on a warrant service at 191 S Carolina Ave.  I heard him advise that the suspect Mr. Darius Holcomb had retreated into a bedroom and was armed with a knife.  I was advised that Mr. Holcomb was not complying with commands to come out and that the family inside the residence had been evacuated, and the room locked down.  I proceeded in route to the scene.

       Upon my arrival I was advised that Mr. Holcomb was barricaded inside the front left bedroom (if looking at the house from the street) and that he was not responsive to negotiation attempts.  I surveyed the residence while negotiation attempts continued.  I retrieved the county issued "less lethal" shotgun with impact rounds from my patrol vehicle and took up a position inside the residence in the kitchen area watching a doorway that went from the suspects bedroom to an adjoining bedroom (on the back left corner of the residence if looking at it from the road).  From there I could monitor the room the suspect was in should Mr. Holcomb attempted to flee or flank officers for assault.  From my position inside the residence I could hear Mr. Holcomb repeatedly become agitated and yell at negotiators from inside the room, referring to himself as "Big Stone", and "Pilgrim"  Mr. Holcomb spoke in a very erratic and unstable manner cursing at officers, referring to himself at one point as an "executioner" and that we were all "dead and didn't know it".  Mr. Holcomb referred to the negotiators as "Nazi's" and stated multiple times that there would be "no surrender".  During this time I could hear Mr. Holcomb moving what sounded like a large object around inside his room as if to barricade points of entry.  Mr. Holcomb would go

exp 01-08-2031                    2/9/2023                    2/9/23

2/4

through what seemed like periods of quiet where he could be heard talking to himself, and periods of screaming at officers and negotiators.

After some time of attempting to negotiate Mr. Holcomb's peaceful surrender with no success the decision was made that we would introduce gas into the room in an attempt to convince Mr. Holcomb to surrender.  Myself and other officers donned our gas masks and myself with Deputies Shehan (with K9 Atlas) and Tillinghast again provided cover on the door leading to the room on the back of the house from the kitchen.  While another arrest team with less lethal cover stood ready in the living room to accept Mr. Holcomb's surrender should the gas prove effective.  Upon  introducing gas into the room Mr. Holcomb could be heard again moving objects around and stopped responding to negotiators.  No response or compliance was gained after the first introduction of gas to the room.  The announcement was made on the radio that the shotgun would be used to introduce more gas into the room through the window.  Shortly after I could hear the deployment of that gas.  The gas was given time to take effect and attempts to negotiate Mr. Holcomb's surrender continued to no avail.

After receiving no response from inside the room after the introduction of gas it was decided that Deputies Shue, and Biggs would join me at my position and Shehan and Tillinghast would join the other group of officers with the K9. There the door would be breached and the dog would be introduced into the room in an attempt to gain control of Mr. Holcomb.  I continued coverage on the doorway from my position with the "less lethal" shotgun and the doorway from the living room was breached.  Once the K9 was introduced into the room I could see the adjoining wall shake and hear a struggle inside.  Moments after i could hear gunfire come from the room.  I then called over the radio "shots fired" and moved toward the officers in the living room.  I could see them dragging the suspect out of the room to the living area and securing him.  Once secured we began to administer aid to the suspect.  I used a pair of shears to remove the suspects clothes where we found what appeared to be multiple bullet wounds.

exp:01-08-2031

2/9/2023

2/9/23

3/4

Several officers began to immediately render aid using their IFAKs.  Seeing that
several officers were already working on Mr. Holcomb and that my attempt to assist would get in their way I moved outside to secure the "less lethal" shotgun and assist as best I could on scene.  County DECON notifications were placed on the front and back door of the residence before the scene was released.

I remained on scene until released by SLED

This concludes my involvement in this case.

BWC was active during this event.

exp: 01-08-2031

2/9/2027

2/9/23

4/4