*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit L

To Defendant Sean Jacob Coats' Motion for Summary Judgment



CASE # 34·23·0016

# VOLUNTARY STATEMENT

LEAD # _____

| LAST NAME Tillinghast | FIRST NAME William | | MIDDLE NAME Joseph | AGE 36 | D.O.B |
|---|---|---|---|---|---|
| NICKNAME/AKA BJ | M ☑  F ☐  SSN | | STREET ADDRESS 8045 Howard St | | |
| CITY Spartanburg | STATE SC | ZIP 29301 | MAILING ADDRESS IF DIFFERENT | | |
| HOME TELEPHONE | WORK TELEPHONE | CELL TELEPHONE 864 809 3790 | OCCUPATION Sheriffs Deputy | | |
| EMPLOYER Spartanburg County Sheriff Office | | EMPLOYER ADDRESS 8045 Howard St | | | |
| DRIVER'S LICENSE NUMBER/STATE | | DATE AND TIME OF INTERVIEW 2/8/2023 @ 2:09 Pm | | | |
| LOCATION OF INTERVIEW Spartanburg County Sheriff's Office | | | | | |
| INTERVIEWING AGENT S/A Grigg | DEPARTMENT SLED | INTERVIEWING AGENT S/A Davis | | DEPARTMENT SLED | |

I, __William Tillinghast__ understand I do not have to say anything, and I volunteer the following information of my own free will, for whatever purposes it may serve. I (can) cannot read and write and completed the _12+_ grade in school.

In addition to my supplemental report I would like to ammend that I entered the room with Dep Contes. After thinking about the incident, I believe I entered with Sgt Featherstor. Identification of individuals was made difficult with gas masks.

During the incident I notated that I heard the suspect threaten bodily harm to officers. Specifically, I heard the suspect reply to negotiators telling him that they wanted to end the incident without ~~harming~~ Mr. Holcomb. He replied saying "I don't care, I'm a killer, I am going to hurt yall".

End of Statement

I have read each page of this statement consisting of __3__ page(s), each page of which bears my signature, and corrections, if any, bears my initials, and I certify that the facts contained herein are true and correct.

Date: __Feb 8 2023__ Time: __3:00 pm__     Signature of person giving voluntary statement

WITNESS: _____     WITNESS: _____

I certify that I have been given a copy of this statement consisting of __3__ pages.     exp 01-08-2031

Form # CF-002 (Rev. 7-24-06)
CALEA 1.2.3, 44.2.3

1/3

Name Type

# Narratives

## Supplemental Narrative - Tillinghast, William - 02/02/2023 21:19:31

INVESTIGATION REPORT
Spartanburg County Sheriff's Department

Case Number:
Incident Type:
Victim:
Location:
Incident Date:
Patrol Officer:
Investigator:

On 2/2/23 I, Cpl William Tillinghast, was on duty with the Spartanburg County Sheriff's Office K-9 Unit in Spartanburg, SC. Shortly after 15:00 I heard radio traffic indicating that Deputies with the Spartanburg County Sheriff's Office Warrant Division were requesting assistance due to a barricaded suspect at 191 South Carolina Ave in Spartanburg, SC. Due to my assignment to the SCSO K-9 Unit and SCSO SWAT, I advised the Spartanburg Communications Center that I would be responding to the incident location.

Upon arrival, I parked my patrol vehicle on the side of South Carolina Ave about 4 houses away from the incident location. There were several officers on scene from Spartanburg City Police Department as well as multiple Deputies from the Spartanburg County Sheriff's Office. I approached the residence at that time to meet with deputies inside the home. I found that multiple officers were inside the home and negotiations were on going.

While the negotiating officers were conversating with the suspect, I clearly heard him threatening to do bodily harm to officers. The suspect appeared to become extremely agitated and then would stop communicating. As negotiations continued, the suspect could be heard making a lot of noise in the bedroom as if he was barricading the door with furniture. Even through he was not compliant, negotiations continued. Negotiations were constantly met with aggressive responses.

Shortly after 17:00 Lt Hawkins advised that gas would be deployed inside the home. Officers inside equipped themselves with gas mask at that time. I entered the residence from the rear entry point with Master Deputy Shane Shehan and his PSD Atlas. My assignment was to provide support for MD Shehan and PSD Atlas in the event that a K-9 deployment was required. Once each Deputy inside the home was prepared for a gas deployment, an announcement was made and gas was deployed into the room from outside of the residence. The suspect could be heard coughing and moving throughout the room as if he were experiencing the effects from the CS gas. Even though there was an obvious gas exposure, the suspect refused to exit the room. As the standoff continued, Deputy S. Coates was instructed to breach the door. As the breach attempt began, the suspect could be heard yelling aggressively from the room. Coates was successfully able to breach the door. Dep Coates then moved out of the way where Sgt Bennett provided cover using the ballistic shield. At that time, PSD Atlas was deployed into the bedroom where he encountered the suspect. I took a support position behind MD Shehan as he began attempting to extract the suspect from the room. I was prepared to detain the suspect while other officers provided lethal and less lethal cover. During the extraction from the room, I heard multiple shoots fired from the living room. At that time I observed officers move into the threshold of the door and could see the suspect laying facedown.

While other deputies provided cover, I was able to step over PSD Atlas and the suspect. I entered the room and assisted Dep Coates with gaining control of the suspects right hand. The suspects hand was beneath him and appeared to be clutched tightly. The hand was removed and placed behind his back. I then grasped the suspect's legs and assisted Deputies with removing him from the bedroom. Once the

suspect was secured in the living room. Multiple deputies and I began treating the suspect for his wounds. EMS was called to the scene. Once the ambulance arrived, medical treatment was relinquished to EMS personnel.

I remained on scene and provided security until I was relieved by other officers. At that time I responded to the Spartanburg County Sheriff's Office for investigative purposes. My BWC was active and uploaded prior to departing the Sheriff's Office.

2/8/2023

exp: 01-08-2031

2/8/2023