***TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS***

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit M

To Defendant Sean Jacob Coats' Motion for Summary Judgment

02/09/23                    Spartanburg County Sheriff's Office                    1618
08:04                        LAW SUPPLEMENTAL NARRATIVE                    Page:      1

   Incident number                    :  23020102
   Sequence number                    :  4
   Name                               :  Biggs S
   Date                               :  21:24:08 02/02/2023
   Narrative                          :  (see below)
INVESTIGATION REPORT
Spartanburg County Sheriff's Department

Case Number:  23020102
Incident Type:  Death Inv.
Location:  191 S Carolina Ave
Incident Date:  2/2/23
Patrol Officer:  S Biggs

On Thursday, February 2, 2023 I responded to assist Warrant Division units at 191 S Carolina Ave in Spartanburg County. I was advised that a subject, identified as Darius Holcomb, had come to a door with and object, possibly a knife, and barricaded inside of the residence.

Once I arrived I took a position just outside of the doorway and stood-by. He had barricaded in a bedroom in the front of the residence just to the left of the front door. I was told that when deputies attempted to make contact with him he came to the door with some type of sharp object in his hand. I was told he claimed to have a gun but a family member advised that he didn't. Other deputies were attempting contact with Darius inside. I stood by until advised to obtain my gas mask from my vehicle and returned to stand-by while negotiations were attempted. During this time I occasionally heard Darius tell deputies communicating with him that he would hurt them and would kill them. On several occasions he became extremely irate and began yelling and laughing in the room.

Negotiations continued until it was determined that we would deploy CS gas into the residence to have Darius exit. I donned my gas mask and took a position in the living room. I readied my issued taser in case Darius exited once gas was deployed. I began giving verbal call outs to Darius for him to exit. I told him repeatedly for the duration to open the door and come out with his hands open and empty. Gas was deployed into the residence and I continued to call out to Darius to come out. I told him that if he came out as instructed he would not be hurt. Darius did not answer me at any point. Several times he would talk illegibly. With the gas deployed I heard him coughing several times but made no indication that he would be exiting the room. I continued to call out to him with no response. Eventually more CS rounds were deployed into the room. At this time Darius opened the door slightly. I continued to advise him to come out with his hands open and empty and that if he came out as instructed no one would have to be hurt or further damage inflicted to the house. The

door began opening slightly and slamming shut and it appeared the door was blocked by some objects.  We continued to wait and allow the CS gas to work while making verbal call outs to Darius.

Eventually the decision was made to breach the doorway and send a K9 into the room to apprehend Darius.  I moved to a secondary door at the rear of the residence in case Darius attempted to exit the room through the doorway to the back bedroom in the home.  I took a position behind Lt Longshore at the doorway.   After the door was breached I heard several shots fired.  I moved my attention to the entry point and observed K9 Atlas entering the door.  I approached and observed Darius.  I immediately applied handcuffs and assisted in pulling him out of the room into the living room.  The K9 was removed from the area.  I began to assist in cutting off Darius' clothing so that we could render aid.  Once his shirt was cut off we began to identify wounds.  I detected a pulse but Darius was not responding to me.  Other deputies applied chest seals and began packing wounds.  I began chest compressions.  After a few moments I was advised that the chest compressions were causing the chest seals to fail due to bleeding.  I continued to remove pieces of clothing to attempt to find further injuries.  Once EMS arrived I assisted in bringing their equipment to the structure.

I then stood by until relieved by patrol units.

My BWC was active.
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

exp:01-08-2031

2/1/2023

2/7/23

3/3