*TERRIA HOLCOMB, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DARIUS L. J. HOLCOMB v. SPARTANBURG COUNTY, SPARTANBURG COUNTY SHERIFF'S OFFICE, OFFICER WESLEY E. BENNETT, SHERIFF BILL RHYNE, CITY OF SPARTANBURG, DYLAN DAVIS, AND SEAN JACOB COATS*

**C/A No. 7:24-cv-1145-JDA-KFM**

# Exhibit N

To Defendant Sean Jacob Coats' Motion for Summary Judgment



CASE # 34-23-0016

## VOLUNTARY STATEMENT

LEAD # _____

| LAST NAME Hawkins | FIRST NAME Anthony | MIDDLE NAME Bruce | AGE 41 | |
|---|---|---|---|---|
| NICKNAME/AKA Tony | M ☒  F ☐   SSN | STREET ADDRESS 8045 Howard St. | | |
| CITY Spartanburg | STATE SC | ZIP 29306 | MAILING ADDRESS IF DIFFERENT | |
| HOME TELEPHONE ) | WORK TELEPHONE 864-770-5589 | CELL TELEPHONE | OCCUPATION | |
| EMPLOYER | | EMPLOYER ADDRESS | | |
| DRIVER'S LICENSE NUMBER/STATE | | DATE AND TIME OF INTERVIEW 2/9/2023 | | |
| LOCATION OF INTERVIEW Spartanburg County Sheriff's Office | | | | |
| INTERVIEWING AGENT S/A Grigg | DEPARTMENT SLED | INTERVIEWING AGENT S/A Davis | DEPARTMENT SLED | |

I, Anthony Hawkins _____ understand I do not have to say anything, and I volunteer the following information of my own free will, for whatever purposes it may serve. I (can) cannot read and write and completed the 12 grade in school.

At no point during the incident at 191 South Carolina Ave on 2/02/2023 was I aware of the suspect's history with the Spartanburg City Police Department, or the nature of the incident that occurred prior. I was made aware after the shooting by speaking to Officer Nolan Brewer on the perimeter at Caulder Ave and South Carolina Ave that the SPD had the house surrounded and where waiting on the rest of the SWAT team and were told to stand down. I was then told later that when Captain Euber arrived he was upset because he told his people not to "mess" with the suspect. Based on this information, had this been communicated the response would have been different.

I have read each page of this statement consisting of __3__ page(s), each page of which bears my signature, and corrections, if any, bears my initials, and I certify that the facts contained herein are true and correct.

Date: 03/09/2023   Time: 12:09   _____
Signature of person giving voluntary statement

WITNESS: _____   WITNESS: _____

I certify that I have been given a copy of this statement consisting of __3__ pages.   exp 01-08-2031

Form # CF-002 (Rev. 7-24-06)
CALEA 1.2.3, 44.2.3

1/3

## Supplement Hawkins A

INVESTIGATION REPORT
Spartanburg County Sheriff's Department

Case Number: 23020102
Incident Type: Warrant Service
Victim:
Location: 191 South Carolina Ave Spartanburg, SC
Incident Date: 02/02/2023
Patrol Officer: Lt. Anthony Hawkins
Investigator:

On 02/03/2023, at approximately 3:25 P.M., I responded to 191 South Carolina Ave in reference to a barricaded subject. Upon arrival, I was informed that the suspect was possibly armed with a knife and was stating he had a gun. Deputies on scene informed me that he had a Resisting Arrest warrant as well as a Sex Offender Registry Violation warrant and was threatening to kill Deputies on scene. At the time, negotiator Matt Smith was attempting to call the suspect out, but was not making any progress. After reading two resisting arrests warrants to the suspect's sister, I then responded to the Sheriff's Office to retrieve a CTS 6343 OC-CS aerosol grenade and CTS 2330 12 gauge liquid CS rounds. While in route to the Sheriff's Office I informed Captain Gist of the situation and called Anthony Soddu of the negotiation unit to assist Deputy Smith with negotiations.

Once the gas was retrieved, I then returned to the scene. Negotiators were not making progress and I decided to introduce the OC-CS canister. I had a team at the door to the bedroom at the 1 side with a shield and Taser and had another team at the back door with the K9 and a Less-Lethal shotgun loaded with CTS Super Sock bean bag rounds. I then had everyone don their protective mask. Once everyone was masked, I instructed team member Coats to port a window pane and team member Welborn to introduce the OC-CS at the bedroom window on the 1 side. Once that was complete, team members continually gave the suspect, Darius Holcomb verbal commands to exit the room with his hands up. After approximately 14 minutes, I loaded Deputy Hollifield's shotgun with 4 CTS liquid CS rounds. The suspect had pushed mattresses against the windows at this point. Deputy Welborn was able to deploy two of the rounds into the window on the 1 side of the residence with a low to high trajectory, but was only able to deploy one round on the 2 side window due to the suspect standing at the window preventing a safe deployment. After approximately 15 minutes, the suspect was still refusing to comply with commands.

Due to the amount of gas introduced into the room with no compliance, I made the decision to have team member Welborn create a distraction at the 2 side window with a halligan tool while the shield team breached the door closest to the 1 side and deployed the K9 into the room. Upon given the command, team member Coats began breaching the door with a sledge hammer while team member Welborn ported the window. I was standing in the doorway of the residence and observed the door was barricaded, but team member Coats was finally able to get the door breached enough that K9 Handler Shehan was able to deploy his dog into the room. As the dog went into the room, team member Coats was able to pull the door out of the way. At this point, I moved onto the front porch as team member Coats brought the door outside and set it on the porch so that it would be out of the way. I then heard approximately 5 shots from inside the room. EMS was immediately called as I stepped back into the doorway to check on the team members inside. I asked if everyone was good and they stated yes, that the suspect, and suspect only was shot. I then observed team members immediately providing medical care (chest seals/wound packing gauze). I then asked who shot and team member Bennett stated he was the only one that shot his weapon. I then gave him my duty weapon and holstered his and asked LT. Billy Hopkins to take him to the office.

exp 01-08-2031

2/09/2023

02/03/23

2/3

Once team member Bennet was gone, I was then informed the suspect showed no signs of life. The team stood by until paramedics arrived and I helped secure the scene. I then stood by until relieved by SLED to return to the office. There I performed a round count on every Deputy involved.

This concludes my involvement in this case.

My BWC was activated.

exp: 01-08-2031

2/09/2023

02/03/23

2/9/2023

3/3